UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60523-CIV-COHN

MRS. ELSY EMILE MATTAR NASSIF,

    Plaintiff,

v.

THE STATE OF FLORIDA,
THE CITY OF PLANTATION,
THE CITY OF DAVIE, and
FOUNTAIN SPRINGS
HOMEOWNERS' ASSOCIATION,

    Defendants.
_____/

## ORDER DISMISSING CASE FOR LACK OF JURISDICTION

**THIS CAUSE** is before the Court upon Plaintiff's pro se Complaint [DE 1] and Application to Proceed in District Court Without Prepaying Fees or Costs [DE 3]. The Court has carefully reviewed these filings and is otherwise fully advised in the premises.

The Complaint is disjointed and largely incomprehensible. Plaintiff appears to claim "Defamation of Character," DE 1 at 1, though she pleads no specific facts about how, or by whom, she was allegedly defamed. See id. at 1-2. A more fundamental problem also exists: Plaintiff fails to explain the basis for federal jurisdiction over her defamation claim against Defendants. See Underwriters at Lloyd's v. Osting-Schwinn, 613 F.3d 1079, 1085 (11th Cir. 2010) ("The party commencing suit in federal court . . . has the burden of establishing, by a preponderance of the evidence, facts supporting the existence of federal jurisdiction."). Instead, Plaintiff merely states that she "want[s] to be heard in a court (Federal) of law regarding injustice." DE 1 at 1. Because Plaintiff has not met her burden of demonstrating that subject-matter jurisdiction is present,

dismissal is required.  See Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [DE 3] is **DENIED**; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of March, 2015.

JAMES I. COHN
United States District Judge

Copies provided to:

Elsy Emile Mattar Nassif
10790 Cameron Ct.
Davie, FL  33324